**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LEO SALEHI, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:19-cv-00035 |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant's Motion to Transfer Venue is hereby GRANTED. This case is hereby TRANSFERRED to the Northern District of Texas, Dallas Division.