**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LEO SALEHI, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:19-CV-00035-JRG-RSP |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Defendant Liberty Life Assurance Company of Boston's unopposed motion to transfer venue from the Marshall Division of the Eastern District of Texas to the Dallas Division of the Northern District of Texas under 28 U.S.C. § 1404(a). [Dkt. No. 4]. Given the parties' apparent agreement, the Court finds that transfer of this action is proper, and this case should be transferred to the Northern District.

**IT IS THEREFORE ORDERED** that this case is transferred. The Clerk of Court is hereby directed to transfer this action to the Northern District of Texas, Dallas Division.

**SIGNED this 4th day of March, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE